**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BENJAMIN GLENN and ARA SARDARBEGIANS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MIXPANEL, INC.,

Defendant.

Case No. 3:25-cv-00927-VC

**STATEMENT PURSUANT TO RULE 54 OF THIS COURT'S STANDING ORDER**

Hon. Vince Chhabria

Pursuant to this Court's Standing Order ¶ 54 and this Court's April 28, 2025 Order (ECF No. 17), Plaintiffs Benjamin Glenn and Ara Sardarbegians respectfully state as follows:

On April 7, 2025, Defendant moved to dismiss Plaintiffs' Complaint for lack of Article III standing. *See* ECF No. 13. While Plaintiffs disagree with Defendants arguments, to avoid an unnecessary dispute on this issue, Plaintiffs refiled their claims in the Superior Court for San Francisco County on April 16, 2025—one day after the instant case was voluntarily dismissed. *See Kaufman v. Marsh & McLennan Companies, Inc.*, 2020 WL 7138632, at *3 (N.D. Cal. Dec. 7, 2020) ("The United States Supreme Court long ago approved of state courts adjudicating federal questions even where Article III standing is lacking."); *Lien v. Talkdesk, Inc.*, 2025 WL 551664, at *1 (N.D. Cal. Feb. 19, 2025) (Chhabria, J.) (dismissing complaint for lack of Article III standing "but without prejudice to refiling it in state court"). A true and correct copy of the state court complaint is attached hereto as **Exhibit 1**. The definitions of the Classes in the instant action and the state court action are identical. *Compare* ECF No. 1 ¶¶ 90-93; *with* Ex. 1 ¶¶ 101-104

Therefore, no members of the proposed Classes have been prejudiced by the dismissal of the instant action because the claims of the proposed Classes remain pending in state court, and all members of the proposed Classes in this action are also members of the proposed Classes in the state court action.

Dated: April 30, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Joshua R. Wilner*
Joshua R. Wilner

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiffs*