Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
Alexandra Rahimi (SBN 340253)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859
Emails: blukitsch@bakerlaw.com
kahmadian@bakerlaw.com
arahimi@bakerlaw.com

*Attorneys for Defendant*
MIXPANEL, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BENJAMIN GLENN and ARA SARDARBEGIANS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MIXPANEL, INC.

Defendant.

Case No.: 3:25-cv-00927-VC

Hon. Judge Vince Chhabria

**DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT PURSUANT TO RULE 54 OF THE COURT'S STANDING ORDER**

Action Filed: January 28, 2025

Pursuant to the Class Action Fairness Action, 28 U.S.C. § 1332 (d), there is a presumption that federal courts preside over class actions where the amount in controversy exceeds $5 million, there is minimal diversity of citizenship between the parties, and the action involves at least 100 class members. And, as indicated in Plaintiffs Benjamin Glenn and Ara Sardarbegians' (collectively, "Plaintiffs") April 30, 2025 submission in response to this Court's show cause Order, Plaintiffs do not concede that they lack Article III standing. (*See* ECF No. 18.) By voluntarily dismissing this case and refiling in state court, Plaintiffs are improperly shifting the burden from Plaintiffs to Defendant Mixpanel, Inc. ("Defendant") to show Article III standing, presumably to avoid an adverse written decision that allegations of statutory damages are not sufficient in and of themselves to demonstrate harm. *See Lien v. Talkdesk, Inc.*, 2025 WL 551664, at *1 (N.D. Cal. Feb. 19, 2025) (Chhabria, J.). Without such a concession from Plaintiffs that Article III standing *does not exist*, Plaintiffs' forum shopping should not be permitted, and their voluntary dismissal should be rejected until such a concession is made or this Court has ruled on Defendant's Motion to Dismiss. (*See* ECF No. 13.)

Dated: May 2, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Kamran B. Ahmadian
Alexandra Rahimi

*Attorneys for Defendant*
MIXPANEL, INC.